In the Matter of MICHAEL WILENSKY, Petitioner, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court ·of Appeals denied. Stay contained in the order of the Presiding Justice continued until the petitioner has an opportunity to apply to the Court of Appeals, at the

current session, for leave to appeal to that court. All concur. [See *ante,* p. 918.]